RECEIVED BY

JUL 0 1 2022

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

June 26, 2022

To the clerk of the United States Appealate Court, I Granville Calam, an TDOC inmate at Gibson County Corrections Complex, wishes to file a pro se petition for post-conviction relief for ineffective assistance of trial counsel. I am filing this petition within the one year judgement of the trial court in Lake County, Tennessee Circuit Court, which is dated June 28, 2021. This is being filed in accordance with Tnn. Code Ann. § 40-30-102(b). The incidents which brought me to my conclusion, was that in January 3, 2019 I had a preliminary hearing done in Dyersburg, Tennessee by Judge Hudson. There were two particular charges of aggravated assault that were dismissed and downed to simple assault for lack of evidence. I was indicted for the same two aggravated assaults, which there was no new evidence presented. That indictment was in March 2019. While incarcerated in Lake County Jail I was in an altercation with an state inmate, in which I struck him once after he had walked upon on me agressive. I later found out I had broken his jaw. A year later I was

indicted for aggravated assault in March 2020. The prosecution was trying to charge me in a result in death because two months later, the inmate had died from an infection he got from surgery. I had made it clear to my attorney Sean Day of the Public defender's office for Lake and Dyer Counties, that I was not accepting that charge. After another 15 months the state offers me 3 years at 30% for the two previous aggravated assualts, but offers me 3 years at 75% for last aggravated assualt. I refused the offer and asked to set it for trial. A couple of weeks later my attorney comes to visit me in Gibson County Jail and says to me my holding out for trial worked because the state was offering me 3 years at 30% for the previous two charges to run concurrent and 3 years at 30% for the last charge for a total of 6 years at 30%. I agreed to that term. I go to court and plea to 6 years at 30% on June 28, 2021. It was a verbal agreement and is in the transcripts at the Lake County Court

Courthouse. I never signed any paper work and I never saw my final judgement. That day my attorney was not present so he sent another attorney in his place. I figured all was well so I went on to do my time. I recieved a TOMIS sheet in October 2021 showing my charges and they all showed standard 30% for all three. In January 2022 I recieve another one that has the 2 previous charges showing 3 at 30% but the last charge shows 3 years at 75% with results in death. That was not the agreement. I have tried contacting Mr. Day many times with no results leaving voice messages regarding the issue at hand. My grievance is I felt the two previous indictments that were lowered from aggravated to simple assault should have been put in the agreement which would have given me a year concurrent. Also I trusted my attorney to make sure the judgement was right. I'm asking that he get me in court to set the judgement right at 3 years at 30% on the last indictment like we had agreed. Also the first 3 years at 30% was really not a deal considering when I

went to court I had flattened the first sentence with 2 years 6 1/2 months which was 85% of the sentence. With this other charge at 3 years @ 75% I will have done 57 months total of 72 months. I could have gotten that time going to trial. Had my attorney fought to get the two charges back at simple assault from aggravated like they had been lowered in the hearing, I could have gotten a total of 1 year concurrent and with the 3 years at 30% even if I would had flattened the 3 years that would be 3 1/2 years and I would have flattened all the charges. I would be free by now because at this moment I have already served 42 months. I have not been in any trouble since the altercation in Lake County Jail. I have done a work house program and am currently a trustee at the Gibson County Jail. I was denied parole to the balance of my sentence on this second charge. In my opinion my serving more than 30% on the 2 previous convictions are a breach of agreement as well as the 3 years at 75%. As for parole to my

knowledge the parole board always denies aggravated convictions, so I'm sure my attorney had knowledge as well as the prosecution having knowledge of this information. I am a veteran of the United States Army, honorably discharged and suffer from general anxiety and mental disorder which I was being treated for while at Fort Campbell, Kentucky in 1994 & 1995 before being discharged. I have seeked helped for many years from the VA but got no help whatsoever. I went to Pathways and was medicated for 4 or 5 years and stopped going because the medications stopped working. Every since being released from active duty I have suffered with this disorder and over time it has caused me run ins with the law. The last place of help I tried was John Persing VA Hospital in Poplar Bluff, Missouri after I had the incident which resulted in being indicted for 2 aggravated assaults. That VA was willing to help me but I was incarcerated and have since been locked up. I'm serving my time with no arguements. I have found

6

my medicine for my issues through God. Through my sincerity and confession for all of my sins, my Lord has shown me the best of life through the darkness. I have held myself responsible for all of my actions and am sharing the gospel of Jesus Christ with other inmates that will listen. I'm not writing this petition in an revengeful manner but I am doing this in a godly way, believing that I have been done wrong in a few ways. If someone should decide that I have been wronged, it is my prayers that those issues I mentioned beforehand can be made right. If I'm able to pursue these issues I ask that I can be appointed an attorney to help me with these issues. I'm not a lawyer and don't pretend to be. Regardless of the decision made I thank you for the time of just reading this petition. If I'm able to proceed further I ask for 30 days to gather all information needed to plea my case. I'm only wanting to be treated fairly by the judicial system. May God bless you.

Sincerely, Granville Elam