# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Granville Elam | Docket or Case No.: 19CR10590 / 20CR10677 |
| Place of Confinement: Gibson County Correctional Complex | Prisoner No.: 418134 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Granville Elam    v.    Sheriff Paul Thomas

The Attorney General of the State of Herbert H. Slatery III

RECEIVED BY

OCT - 7 2022

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Lake County Circuit Court
   Tiptonville, Tennessee
   (b) Criminal docket or case number (if you know): 19CR10590 / 20CR10677

2. (a) Date of the judgment of conviction (if you know): June 28, 2021
   (b) Date of sentencing: June 28, 2021

3. Length of sentence: _____

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
   Count 1 Aggravated assault    20CR10677
   Count 2 Aggravated assault    19CR10590
   Count 3 Aggravated assault    19CR10590

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☑            (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plead guilty to all 3 counts of aggravated assault

_____

_____

    (c) If you went to trial, what kind of trial did you have? (Check one)

       Jury ☐      Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?

    Yes ☐  No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

    (g) Did you seek further review by a higher state court?  Yes ☐  No ☑

       If yes, answer the following:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Result: _____

_____

       (4) Date of result (if you know): _____

       (5) Citation to the case (if you know): _____

       (6) Grounds raised: _____

_____

_____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑

       If yes, answer the following:

       (1) Docket or case number (if you know): _____

      (2) Result: _____

_____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ❏  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❏  No ❏

      (7) Result: _____

      (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

Page 5

_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ☐  No ☐

    (2) Second petition:    Yes ☐  No ☐

    (3) Third petition:    Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

Case 1:22-cv-01141-STA-jay   Document 9   Filed 10/07/22   Page 4 of 15   PageID 59

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: *Count 1, I noticed my percentage agreed to was wrong on judgement sheet, also I was wrongly convicted of aggravated Assault*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *Agreed to 30%, not 75%. Individual died from an infection from surgery done by the State of Tennessee. I only struck him once and broke his jaw. Also individual did have HIV or Aids. I used a closed fist, we were incarcerated at Lake County Sheriff's Dept. No charges were ever filed by the Sheriff's Dept. I felt if anything I should have been charged with assault. The individual died 2 or 3 months after Jan 19, 2019 incident.*

(b) If you did not exhaust your state remedies on Ground One, explain why: *On the plea agreement it stated I could not appeal and at that time I did not know about a Writ of Habeas Corpus until 2022. I did try to contact Sean Day of Dyer County Public Defenders office, but he never replied back to my concerns.*

(c) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❏   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❏   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *None*

_____

_____

GROUND TWO: *Counts 2 & 3 had been dismissed for lack of evidence in pre-trial hearing but later was indicted on both. Lawyer never tried to dispute. I did reject 1st offer and asked for a trial*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Count 2 & Count 3 were dismissed in pre-trial hearing. District Attorney General indicted me on both charges. My attorney did not raise issue, instead did what he wanted. I asked for trial and 3 weeks later I was given another offer and I accepted a total of 6 years at 30%.*

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: *My plea agreement stated I could not appeal. I knew nothing about Writ of Habeas Corpus until 2022.*

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _None_

_____

_____

GROUND THREE: _Count 1 on my judgement sheet that runs consecutive to Counts 2 & 3 is inaccurate. The case number is wrong_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _On form for count 1, the case number in top left is correct 20CR10677, but the box with consecutive has Lake Cir. No. 19CR10589 which is failure to appear which was dismissed. By the number being wrong it makes the portion sentenced to TDOC and sentence length of 3 years is void._

(b) If you did not exhaust your state remedies on Ground Three, explain why: _No appeal was written on plea agreement and I had no knowledge of Writ of Habeas Corpus._

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❑   No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?
        Yes ❑   No ☑

    (4) Did you appeal from the denial of your motion or petition?
        Yes ❑   No ☑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        Yes ❑   No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _None_

GROUND FOUR: _No issues noted except ineffective assistance of counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _My attorney should have argued that count 2 & 3 had been dismissed in pre trial and on count 3 it should have been argued the individual deceased from infection due to surgery and should have been assault. He also should have noticed on the papers the percentage was wrong making judgement void._

(b) If you did not exhaust your state remedies on Ground Four, explain why: _It is noted on my plea agreement that I could not appeal. I had no knowledge of Writ of habeas Corpus._

(c) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☒
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐   No ☒
   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐   No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *none*

13. Please answer these additional questions about the petition you are filing:
  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☐   No ☑
  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *grounds 1-4. As stated on my plea agreement that appeal could not be done. Also I had no knowledge of Writ of Habeas Corpus. I did try reaching out to my attorney but he never responded. I chose to reach out to the U.S. District Court.*
  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *Count 1-4. Plea stated no appeal and no knowledge of Writ of Habeas Corpus until 2022. My petition is just getting started in U.S. District Court*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____
_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❑     No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
    _____
    _____
    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____
    _____

    (b) At arraignment and plea: _____
    _____

    (c) At trial: _____
    _____

    (d) At sentencing: _____
    _____

    (e) On appeal: _____
    _____

    (f) In any post-conviction proceeding: _____
    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
    _____
    _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?           Yes ❑     No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❏   No ❏

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* *I sent my letter to the U.S. District Court stated my concerns over my judgents, conviction, and ineffective assistance of counsel, in the 1yr. time frame.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: *post conviction relief and ineffective assistance of counsel. Let it be noted that this amended petition was don 9-7-22, the jail did not give it to me until 9-20-22. I have flattened my sentence and am no longer incarcerated* or any other relief to which petitioner may be entitled. *I wish to proceed with this case and set my judgement right and my charges amended to simple assault as they all should have been.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *Released 09/27/2022* (month, date, year).

Executed (signed) on *Oct 2, 2022* (date).

*Granville Elam*
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____

_____