

Thomas M. Gould
*Clerk of Court*

## United States District Court
## Western District of Tennessee

_____

| | |
|---|---|
| Federal Building | Federal Courthouse |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee  38103 | Jackson, Tennessee  38301 |
| 901-495-1200 (Telephone) | 731-421-9200 (Telephone) |
| 901-495-1250 (Facsimile) | 731-421-9210 (Facsimile) |

Granville Elam
135 Milan Arsenal Highway
Milan, TN 38358

Re: Amended Petition and $5.00 MO in 1:22-cv-1141-STA-jay

Mr. Elam:

The Court is in receipt of your Amended Petition per the direction of the Court's 9/7/22 Order. Since you have previously paid the $5.00 filing fee, docketed 7/19/22, DE#[6], your money order attached to this Amended Petition is being returned.

Attached is a copy of your Amended Petition for your records.

Sincerely,

Intake Clerk