IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GRANVILLE ELAM, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>TENNESSEE ATTORNEY GENERAL )<br>JONATHAN SKRMETTI, )<br>)<br>    Respondent. ) | No. 1:22-cv-01141-STA-jay |

**ORDER GRANTING MOTION
TO WAIVE FILING OF COMPLETE COURT RECORD**

On October 7, 2022, Petitioner Granville Elam filed an amended *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254 (the "Amended Petition"). (ECF No. 9.) By order dated November 22, 2022, the Court directed Respondent Jonathan Skrmetti to file a response to the Amended Petition and the complete state court record. (ECF No. 10.) Respondent thereafter filed a motion to dismiss the Amended Petition on the basis of several affirmative defenses, "the portions of the state-court record pertinent to the issue[s] set forth in [the] Motion to Dismiss," and a motion styled "Motion to Waive Filing of Complete State-Court Record." (ECF No. 12, 13, 14.) In the latter motion, Respondent represents that the partial record that he has submitted is sufficient to allow the Court to address the motion to dismiss. For good cause shown, the motion is **GRANTED**. The parties are advised, however, that should the Court determine at the time it addresses the motion to dismiss that the remaining portions of the state court record are necessary to proceed further, Respondent will be required to provide those records.

**IT IS SO ORDERED**.

                                                **s/ S. Thomas Anderson**
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE

                                                Date: December 12, 2022